**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.W., A MINOR | : | No. 127 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: S.W., A MINOR, AND | : | Petition for Allowance of Appeal |
| ALLEGHENY COUNTY OFFICE OF | : | from the Order of the Superior Court |
| CHILDREN, YOUTH AND FAMILIES | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of May, 2024, the Petition for Allowance of Appeal is **GRANTED.**  The issue, rephrased for clarity, is:

(1)     Whether the judicially created "prospective adoptive parent" exception to the general prohibition against foster parents participating in dependency cases was abrogated by the Legislature's subsequent enactment of Section 6336.1(a) of the Juvenile Act, which provides that preadoptive foster parents shall not have standing in the matter absent an award of legal custody of the child?